**Order entered November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00524-CV

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellant**

**V.**

**COLLIN CREEK MALL, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03582-2011**

## ORDER

We **GRANT** appellee's November 4, 2014 unopposed motion to substitute lead counsel.

We **DIRECT** the Clerk of this Court to substitute Jason C. Marshall with The Marshall Firm, PC as lead counsel for appellee in the place of Melinda D. Blackwell with Blackwell & Duncan, PLLC.

/s/  ELIZABETH LANG-MIERS
JUSTICE